UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MITCHELL LESLIE REISMAN,                             JUDGMENT
                                                     14-CV- 4571 (KAM)
                  Petitioner,

    -against-

UNITED STATES OF AMERICA,

                  Respondent.
-------------------------------------------------------X

        An Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on August 13, 2014, denying the petition for a writ of error coram nobis; and directing the Clerk of Court to close the case; it is

        ORDERED and ADJUDGED that judgment is hereby entered denying the petition for a writ of error coram nobis; and that the case is closed.

Dated: Brooklyn, New York                                         Douglas C. Palmer
       August 14, 2014                                              Clerk of Court

                                                    by:    */s/ Janet Hamilton*
                                                                Deputy Clerk